UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WENDY-ANNE BARTLETT,

                Plaintiff,          **MEMORANDUM**

      - v -

                                    CV-13-5902 (ARR)(VVP)

PASSAIC HEALTHCARE
SERVICES, LLC, et al.

                Defendants.
------------------------------------------------------------x

      As directed, counsel for the plaintiff has submitted a letter *ex parte* providing and explanation concerning the medical basis for his request to extend various deadlines in the scheduling order. Although the explanation does not provide a complete justification for counsel's failures to meet his discovery obligations in this case, it is sufficient to warrant extensions which will be addressed during the telephone conference on July 25, 2014.

                                    SO ORDERED:

                                   *Viktor V. Pohorelsky*

                                   VIKTOR V. POHORELSKY
                                   United States Magistrate Judge

Dated:      Brooklyn, New York
              July 24, 2014